# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Rafael MARTINEZ Jr., YOB: 1993 (USA) | ) Case No. 7:18mj 2604 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of crystal methamphetamine, a Schedule II controlled substance. |
| 21 USC 841 | Possession with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of crystal methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth
12/20/18

*Complainant's signature*

Matthew Dolengowski, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/20/2018 - 11:93 c.h.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**Attachment I**

Since August of 2018, DEA McAllen Special Agents have been investigating the drug trafficking activities of Rafael MARTINEZ Jr. (hereafter, MARTINEZ).

The week of September 10, 2018, a confidential informant (CI) was in contact with MARTINEZ regarding the sale of half a kilogram of methamphetamine for $2,500.00. MARTINEZ agreed to sell the CI the methamphetamine on September 11, 2018.

On September 11, 2018, DEA Special Agents conducted an operation that resulted in the seizure of approximately 549.5 grams of suspected crystal methamphetamine in McAllen, Texas. That afternoon, the CI met with MARTINEZ and another individual to complete the sale. MARTINEZ made the introduction to the other individual who sold the methamphetamine. The CI provided the money and received 549.5 grams of methamphetamine. The meeting was recorded. Following the seizure, DEA Special Agents conducted a field test of the substance, which tested positive for the characteristics of crystal methamphetamine.